UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LATTINA BROWN,

                                                Plaintiff,

                -against-

THE CITY OF NEW YORK, and BRIAN ADAMS
individually,

                                                Defendants.

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

No. 24-CV-00177 (RA)

------------------------------------------------------------------- x

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is withdrawn, discontinued, and dismissed with prejudice, and an order to that effect may be entered without further notice.

Dated:      New York, New York
               May 29 2025

**PHILLIPS & ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
45 Broadway 28th Floor
New York, New York 10006
jfriedman@tpglaws.com

By: _____
    Joshua Friedman
    Attorney for Plaintiff

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-5044
carko@law.nyc.gov

By: _____
    Christopher G. Arko
    Senior Counsel

SO ORDERED:

_____
HON. RONNIE ABRAMS
United States District Judge
June 3, 2025